**C. H. DUGGINS et al. v. R. R. RILEY, Ind., et al.**

No. 10743.

United States Court of Appeals
Sixth Circuit.

Dec. 17, 1948.

Thomas E. Sandidge and Hubert Meredith, both of Owensboro, Ky., for appellants.

Morton Holbrook, of Owensboro, Ky., for appellees.

Before SIMONS, ALLEN, and MILLER, Circuit Judges.

PER CURIAM.

This case was considered by the Court on the record, briefs and oral argument of counsel; and it appearing that the relief prayed for in the amended complaint and amended intervening complaint is based on the same facts as are stated in the original complaint and intervening complaint, and that such relief could not be granted without declaring the lease herein involved to be invalid, which presents the same question which was involved in the first appeal of this action, Kentucky Natural Gas Corporation v. Duggins, 6 Cir., 165 F.2d 1011; and the ruling on said appeal being the law of the case on this appeal: It is ordered that the judgment of the District Court be and is affirmed.

**Anna GLICKER v. MICHIGAN LIQUOR CONTROL COMMISSION of State of Michigan.**

No. 10709.

United States Court of Appeals
Sixth Circuit.

Dec. 15, 1948.

Arnold F. Zeleznik, of Detroit, Mich., for appellant.

Eugene F. Black, of Lansing, Mich., and Charles M. A. Martin, of Detroit, Mich., for appellee.

Before HICKS, Chief Judge, and McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of record, the briefs on appeal, and the arguments of counsel in open court, and the court being duly advised, it is hereby ordered, adjudged, and decreed that the judgment be and is hereby affirmed upon the findings of fact and conclusions of law of the district court, 75 F.Supp. 283.

**ESTATE of Mortimer B. FULLER, Deceased, Kathryn S. Fuller, Edward L. Fuller, Mortimer B. Fuller, Jr., and Henry S. Fuller, Executors, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 9669.

United States Court of Appeals
Third Circuit.

Argued Oct. 21, 1948.

Decided Dec. 13, 1948.

Warren W. Grimes, of Washington, D. C., for petitioner.

S. Dee Hanson, Washington, D. C. (Theron Lamar Caudle, Asst. Atty. Gen., and George A. Stinson and A. F. Prescott, Sp. Assts. to Atty. Gen., on the brief), for respondent.

Before BIGGS, Chief Judge, and GOODRICH and KALODNER, Circuit Judges.

PER CURIAM.

The decision of the Tax Court will be affirmed upon its opinion as reported in 9 T.C. 1069.